U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

FEB 15 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| HENRY LEONARD | CIVIL ACTION NO. 07-0813 |
| versus | JUDGE DONALD E. WALTER |
| STATE OF LOUISIANA, ET AL. | MAGISTRATE JUDGE HORNSBY |

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed herein, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss [Doc. #13] filed on behalf of defendants be and is hereby **GRANTED IN PART** as follows: (A) the remedies on plaintiff's claims against the defendants in their official capacities are limited to prospective, injunctive relief; (B) plaintiff's RLUIPA claims against Richard Stalder, Venetia Michael and Jackie Hamil in their individual capacities are **DISMISSED** for failure to state a claim on which relief can be granted; (C) all of plaintiff's claims for compensatory damages are **DISMISSED WITH PREJUDICE** in accordance with 42 U.S.C. §1997e(e); and (D) all of plaintiff's §1983 claims against Richard Stalder in his individual capacity are **DISMISSED WITH PREJUDICE** based on qualified immunity.

**IT IS FURTHER ORDERED** that the Motion to Dismiss [Doc. #13] be and is hereby **DENIED** in all other respects.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 15th day of February, 2008.

DONALD WALTER
UNITED STATES DISTRICT JUDGE