U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAR 31 2010

TONY R. M—, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| HENRY LEONARD | CIVIL ACTION NO: 07-0813 |
| VERSUS | JUDGE DONALD E. WALTER |
| STATE OF LOUISIANA, ET AL. | MAGISTRATE HORNSBY |

## ORDER

Plaintiff's Motion for Summary Judgment [Doc. #47] is hereby **GRANTED IN PART**. This Court finds that the denial of access to *The Final Call* based solely on the inclusion of "The Muslim Program" is a violation of the First Amendment and the Religious Land Use and Institutionalized Persons Act. Prospective injunctive relief is **GRANTED**. DWCC is ordered to deliver future issues of *The Final Call* to the Plaintiff, subject to Department of Corrections Regulation No: C-02-009, and the findings of this Court. Defendants' Motion for Summary Judgment [Doc. #45] is **DENIED**; Plaintiff's Motion for Leave to file Motion to Strike [Doc. # 52] is **DENIED AS MOOT**.

Plaintiff is ordered to file a supplemental brief with the Court within thirty days regarding the liability of the Defendants, both officially and individually, and as to whether damages and/or attorneys fees are appropriate in this case. Thereafter, Defendants shall have twenty-one days to file an opposition.

**THUS DONE AND SIGNED**, this 31st day of March, 2010.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE