RECEIVED

FEB - 8 2011

TONY R. MOORE, CLERK
BY ————————
        DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| HENRY LEONARD | CIVIL ACTION NO: 07-0813 |
| VERSUS | JUDGE DONALD E. WALTER |
| STATE OF LOUISIANA, ET AL | MAGISTRATE JUDGE HORNSBY |

## ORDER

Before the Court are two motions in the above captioned matter [Docs. #80 and 89], which concern the central issue of the case - the delivery of *The Final Call* newsletter to Plaintiff.

Plaintiff filed a Motion for Contempt [Doc. #80] arguing that Defendants have refused to deliver *The Final Call* in violation of the Court's March 31, 2010 order.   The Court granted prospective injunctive relief to Plaintiff ordering Defendants to deliver future issues of *The Final Call* subject to the Department of Corrections Regulation No: C-02-009. [Doc. #65]. Defendants oppose this motion arguing that each issue of *The Final Call* withheld after the entry of judgment in this case was found to contain racially inflammatory material in violation of Regulation No: C-02-009. [Doc. #92].  Upon due consideration, Plaintiff's Motion for Contempt [Doc. #80] is hereby **DENIED**.

Defendants filed a Motion to Stay Proceedings to Enforce a Judgment Pursuant to Rule 62(c) [Doc. #89], requesting that the Court stay the ordered prospective injunctive relief pending the outcome of their appeal to the Fifth Circuit Court of Appeals.  A District Court may stay its decision pending appeal only after considering (1) whether there is a likelihood of success on the merits, (2) whether irreparable injury to the movant may occur if the stay is not granted, (3) whether granting the stay will cause substantial harm to other parties, and (4) whether granting the stay would serve

the public interest.  *Ruiz v. Estelle*, 666 F.2d 854, 856 (5th Cir. 1982).  If the appeal involves a substantial case with a serious legal question and the "balance of equities" (i.e. factors two, three and four) is .... heavily tilted in the movant's favor" a stay may be issued without a showing that there is a likelihood of success on appeal.  *Id.* (internal quotations and citation omitted).  While this case undoubtedly involves a serious legal question, the remaining factors are not "heavily tilted" in favor of the Defendants.  The Court finds that Defendants have not met the high threshold to warrant a stay of the judgment.  Accordingly, Defendants' motion [Doc. #89] is hereby **DENIED**.

**THUS DONE AND SIGNED**, this ____ day of February, 2011.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE